# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIETTA MANAGEMENT GROUP, INC., a California corporation, and BAY VIEW FARMS, a California corporation,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>FALLS LAKE NATIONAL INSURANCE COMPANY, and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | No. EDCV 23-2153-GW-DTBx<br><br>(Honorable George H. Wu)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Trial Date: October 31, 2024<br><br>Complaint Filed: August 3, 2023 |

# **ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear his or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: August 30, 2024

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE